## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:

**CAROL KAY MORSE**  **CASE NUMBER: 18-10070**

**SECTION: A**

**DEBTOR**  **CHAPTER 13**

### ORDER APPROVING MOTION IN OPPOSITION TO POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES

Hearing on the Debtor's Motion in Opposition to Post-Petition Mortgage Fees, Expenses and Charges requested by Bayview Loan Servicing, L.L.C. (doc 26), was held on the 22nd day of May 2018.

Present were:

Markus E. Gerdes, attorney for debtor
Andrew Wiebelt, II, attorney for Chapter 13 Trustee

After considering the pleadings of counsel, the Court being of the opinion that the relief sought is in the best interest of the debtor, the creditors, and the estate and that no response having been filed,

**IT IS ORDERED**, that the Motion is granted and the creditor's post-petition fees of $900.00 in connection with filing a proof of claim and attorney's fees are denied and stricken from debtor's mortgage account.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 25, 2018.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge